**Exhibit A to the Complaint**

**Location:** Milpitas, CA

**Total Works Infringed:** 28

**IP Address:** 108.237.178.120

**ISP:** AT&T Internet

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 94CBE14F2132D10B93B01463568FC9FAC4158829 | 03/11/2026 20:05:38 | TushyRaw | 05/17/2025 | 05/21/2025 | PA0002532008 |
| 2 | 650A36ADFCA53D1A76982D0CC166C874B948EA09 | 03/11/2026 18:43:51 | Blacked Raw | 01/06/2025 | 01/15/2025 | PA0002509356 |
| 3 | AB21E6F1B07202FF43A56E677419DE006FBF95D8 | 03/11/2026 17:48:13 | Blacked | 08/31/2025 | 09/16/2025 | PA0002550993 |
| 4 | D30E699F8A48489881535E4EDD415F3C87FC3734 | 03/11/2026 17:17:31 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 5 | 4EDC74F030543AA2E49B960A3273C57B1446B065 | 03/11/2026 17:10:32 | Blacked | 11/04/2025 | 11/14/2025 | PA0002553511 |
| 6 | 06B408675349E91EABAFBFFE431F9E83F2121390 | 03/05/2026 05:12:25 | Blacked | 02/07/2026 | 02/20/2026 | PA0002568761 |
| 7 | 10e8ba25e53e76a8a0fc473f3ad39601c000a583 | 02/26/2026 18:28:57 | Blacked Raw | 02/25/2026 | 03/09/2026 | PA0002572004 |
| 8 | 575ED3C0ECD36E3AE809BCF4D1DBFD64D9742956 | 02/26/2026 07:12:23 | Vixen | 02/16/2026 | 02/20/2026 | PA0002568791 |
| 9 | 1C84BF2A9FDF27A096D3D6EEEC93F6C879C61713 | 02/26/2026 06:02:36 | Milfy | 02/18/2026 | 02/20/2026 | PA0002568781 |
| 10 | C3A54C38E392FF5272F5F0ABCD087241F9B2EE14 | 02/26/2026 01:11:12 | Blacked | 02/22/2026 | 03/09/2026 | PA0002572171 |
| 11 | A3D7FD3F063EC726D007AD5970463DA2E25090B3 | 02/02/2026 21:21:13 | TushyRaw | 02/01/2026 | 02/04/2026 | PA0002565323 |
| 12 | 51DEDFC9B7004B64D86297C1E449063D67B2C6C6 | 02/02/2026 21:20:32 | Blacked | 02/02/2026 | 02/04/2026 | PA0002565322 |
| 13 | 53226D2C3BD520F3723ACB403259F2430B1F4181 | 02/02/2026 21:19:56 | Vixen | 02/01/2026 | 02/04/2026 | PA0002565328 |
| 14 | B1367EB522207406D8F25EAFAB81089E5FDAE120 | 12/31/2025 01:52:54 | Milfy | 01/22/2025 | 02/18/2025 | PA0002516122 |
| 15 | 47A2A6F7DAEF8947A726B3CE2421F69B657A240F | 12/31/2025 01:30:02 | Milfy | 08/27/2025 | 09/16/2025 | PA0002551065 |
| 16 | 655A2FE9DBA7FB5C50000C8ECC71388F0B5F1562 | 12/26/2025 07:18:30 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 769F2F9D5FA2B70468780A6ABDA2FAECE7C6CC30 | 12/26/2025 07:07:36 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 18 | 82B6CB1F9B3A8C61CEED32959492DB29F4C3A024 | 12/26/2025 05:00:27 | Vixen | 08/25/2025 | 09/16/2025 | PA0002550971 |
| 19 | B2BA96343E37E1BA190F7F990ADB0E9BA1C6C8CC | 12/26/2025 04:54:04 | Vixen | 12/23/2025 | 01/02/2026 | PA0002558850 |
| 20 | 85A02431FBE3F56FDAB8E168D01C993FB4FD34C1 | 12/26/2025 00:02:54 | Vixen | 10/14/2025 | 11/10/2025 | PA0002553375 |
| 21 | 8D6619B7EA429EBDF6A4BC01AD4D1FA7B08574E1 | 12/25/2025 23:54:18 | Vixen | 11/18/2025 | 11/26/2025 | PA0002554944 |
| 22 | 8CBE0B96A9D124924B4758F08FE534D07C4FACF7 | 12/25/2025 18:27:30 | Vixen | 11/23/2025 | 11/26/2025 | PA0002554940 |
| 23 | B82A3D1C50A20586D25E1C0CC65D385A4825C7C0 | 12/25/2025 17:53:48 | Vixen | 11/08/2025 | 11/14/2025 | PA0002553512 |
| 24 | B1C86EB2C2382C38949071B30C76F2525EFAAA2B | 12/25/2025 17:51:43 | Vixen | 11/13/2025 | 11/26/2025 | PA0002554945 |
| 25 | 948B6ED4D7F4BD31F2BD851BD4F7E4B6001751F5 | 12/25/2025 07:35:02 | Vixen | 12/18/2025 | 01/02/2026 | PA0002558884 |
| 26 | EBA420E54F789CE493CF7A864C5C1BD9CA664038 | 12/10/2025 01:56:48 | Milfy | 08/20/2025 | 09/16/2025 | PA0002551064 |
| 27 | 99EB41F6E782E016FB878FF306108AB388C47A04 | 09/12/2025 15:11:11 | Blacked | 08/01/2025 | 08/08/2025 | PA0002544270 |
| 28 | 5C06C899EAF8760738C87F164E0D02E18A514BCA | 09/09/2025 02:06:54 | Tushy | 08/17/2025 | 08/19/2025 | PA0002545670 |